IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASTARTE DAVIS-RICE, | ) | No. C 05-0869 MMC (PR) |
| | ) | |
| Petitioner, | ) | **ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | ) | |
| | ) | |
| SCHELIA A. CLARK, Warden, et al., | ) | **(Docket No. 11)** |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

This is a habeas case filed pro se by a federal prisoner. She has requested appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986). Pursuant to statute, however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." See 18 U.S.C. § 3006A(a)(2)(B). Petitioner's claims have already been adequately presented in the petition, and in the traverse. Accordingly, the interests of justice do not require appointment of counsel in this case. Should the circumstances of this case materially change at a later stage of the litigation, the Court will reconsider this decision sua sponte. At this time, the request for appointment of counsel is DENIED.

This order terminates docket number 11.

IT IS SO ORDERED.

DATED: September 27, 2005

MAXINE M. CHESNEY
United States District Judge