1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASTARTE DAVIS-RICE,                    )    No. C 05-0869 MMC (PR)
                                       )
                Petitioner,            )    **ORDER DENYING REQUEST FOR**
                                       )    **CERTIFICATE OF APPEALABILITY;**
   v.                                  )    **GRANTING REQUEST TO PROCEED**
                                       )    **IN FORMA PAUPERIS ON APPEAL**
SCHEILA A. CLARK, WARDEN,              )
et al.,                                )
                                       )
                Respondents.           )
_____ 
_

        Petitioner, a federal prisoner proceeding pro se, filed the above-titled petition for a

writ of habeas corpus under 28 U.S.C. § 2241.  The petition was denied on its merits.

Petitioner has filed a notice of appeal, which the Court construes as including a request for

a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate

Procedure 22(b).  Petitioner has not shown, however, "that jurists of reason would find it

debatable whether the petition states a valid claim of the denial of a constitutional right."

Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000).  Accordingly, the request for a certificate

of appealability is DENIED.

        Additionally, petitioner has filed with this Court a motion for leave to proceed in

forma pauperis.  The Court certifies that the appeal is taken in good faith and that

petitioner's request to appeal in forma pauperis is GRANTED.  See 28 U.S.C. § 1915(a)(3).

The Clerk shall forward this order, along with the case file, to the United States

Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of

appealability.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: December 22, 2005

MAXINE M. CHESNEY
United States District Judge